# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Darden Petroleum & Energy Solutions ) ASBCA No. 60570
)
Under Contract No. SP0600-16-S-4000 )

APPEARANCE FOR THE APPELLANT: Mr. Tim Mosier
Chief Operating Officer

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
Kathryn M. Kelley, Esq.
Christopher S. Colby, Esq.
Trial Attorneys
DLA Energy
Fort Belvoir, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 June 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60570, Appeal of Darden Petroleum & Energy Solutions, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals